# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| IN RE: : | |
| AFFORDABLE DENTURES-HAZLETON, P.C., : | Case No.   5:08-bk-50024JJT |
| : | |
| Debtor : | Chapter 11 |
| : | |

_____

| | |
|---|---|
| AFFORDABLE CARE, INC. and : | |
| AFFORDABLE DENTURES DENTAL : | |
| LABORATORIES, INC. : | |
| Movants : | |
| v. : | |
| : | |
| AFFORDABLE DENTURES-HAZLETON, P.C., : | |
| : | |
| Respondent : | |

## NOTICE OF APPEAL

AFFORDABLE DENTURES - HAZLETON, P.C. the Respondent, appeals under 28 U.S.C. § 158(a)(1) from the May 5, 2008 Proceeding Memo/Order of Court Argument of the bankruptcy judge, The Honorable John J. Thomas, on Movants' Motion To Dismiss entered in this proceeding on the 5th day of May, 2008 and from the June 12, 2008 Proceeding Memo/Order of Court Argument of the bankruptcy judge, The Honorable John J. Thomas, on Respondent's Motion For Reconsideration entered in this proceeding on the 12th day of June, 2008.

The names of all parties to the judgment and order appealed from and the names, addresses, telephone numbers, fax numbers and e-mail addresses of their respective attorneys are as follows:

Debtor:
AFFORDABLE DENTURES - HAZLETON, P.C.
172 Airport Road
Hazleton, PA 18202

Movants:

| | |
|---|---|
| AFFORDABLE CARE, INC. | AFFORDABLE DENTURES |
| 4990 Highway 70 West | DENTAL LABORATORIES, INC. |
| Kinston, NC  28504 | 4990 Highway 70 West |
| | Kinston, NC 28504 |

Counsel for Movants:
Frank Murphy, Esquire
Inez M. Markovich, Esquire
Louise Melchor, Esquire
FREY, PETRAKIS, DEEB,
BLUM, BRIGGS & MITTS, P.C.
1601 Market Street
Suite 2600
Philadelphia, PA 19103
215-563-0500
(Fax) 215-563-5532
fmurphy@fpdb.com
Imarkovich@fpdb.com
Lmelchor@fpdb.com

United States Trustee
PO Box 969
Harrisburg, PA 17108
717-221-4515
ustpregion03.ha.ecf@usdoj.gov

Dated: June 18, 2008         **DOUGLAS M. MARINOS & ASSOCIATES, P.C.**

Signed: /s/ Douglas M. Marinos
Attorney for Appellant
Attorney Name: Douglas M. Marinos, Esquire
Address:     101 North Cedar Crest Boulevard
             Allentown, PA 18104
Telephone No: 610-434-0504
Fax No:      610-434-0538
E-mail address: DMMarinos@choiceonemail.com
Attorney ID No: 53104

**REAL WORLD LAW, P.C.**

/s/   Glenn A. Brown
Attorney for Appellant
Attorney Name: Glenn A. Brown, DMD, Esquire
Address:     6774 Market Street
             Upper Darby, PA 19082
Telephone No: 610-734-0750
Fax No:      610-734-1255
E-mail address: Glenn.brown@realworldlaw.com
Attorney ID No: 90519

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)**

| | |
|---|---|
| IN RE: | : |
| AFFORDABLE DENTURES-HAZLETON, P.C., | : Case No.   5:08-bk-50024JJT |
| | : |
| Debtor | : CHAPTER 11 |

**CERTIFICATE OF SERVICE**

I, Douglas M. Marinos, Esquire, special counsel for Debtor/counsel for Appellant, Affordable Dentures - Hazleton, P.C., hereby certify that on the June 18, 2008, I served a true and correct copy of Debtor/Respondent's Notice Of Appeal by electronic (e-mail) service by the Court to:

United States Trustee:
United State Trustee
P.O. Box 969
Harrisburg, PA 17108
ustpregion.ha.ecf@usdoj.gov

Counsel For Debtor:
Glenn A. Brown, Esquire
Real World Law, P.C.
6774 Market Street
Upper Darby, PA 19082
Glenn.brown@realworldlaw.com

Counsel for Affordable Care, Inc. and
Affordable Dentures Dental Laboratories, Inc.:
Inez M. Markovich, Esquire
Louise Melchor, Esquire
Frey, Petrakis, Deeb, Blum & Briggs, PC
1601 Market Street
Suite 2600
Philadelphia, PA 19103
Imarkovich@fpdb.com
Lmelchor@fpdb.com

and by telefax, addressed to:

Counsel for Affordable Care, Inc. and
Affordable Dentures Dental Laboratories, Inc.:
Frank G. Murphy, Esquire
Frey, Petrakis, Deeb, Blum & Briggs, PC
1601 Market Street
Suite 2600
Philadelphia, PA 19103

and by first class mail, postage pre-paid, addressed to :

Debtor:
Affordable Dentures- Hazleton, P.C.
172 Airport Road
Wilkes-Barre, PA 18202

DATE: June 18, 2008             **DOUGLAS M. MARINOS & ASSOCIATES, P.C.**

/s/   Douglas M. Marinos
Attorney for Appellant/Special Counsel for Debtor
Attorney Name: Douglas M. Marinos, Esquire
Address:       101 North Cedar Crest Boulevard
               Allentown, PA 18104
Telephone No: 610-434-0504
Fax No:       610-434-0538
E-mail address: DMMarinos@choiceonemail.com
Attorney ID No: 53104