6774 Market St
Upper Darby, PA
19082 - 2432

610.734.0750
610.734.1255
realworldlaw.com

# RealWorld Law, PC

April 23, 2009

The Honorable Thomas I Vanaskie
Nealon Federal Building and Courthouse
235 North Washington, Avenue
PO Box 1148
Scranton, PA 18501

RE: Affordable Dentures-Hazelton v. Affordable Care, Inc., et. al.
US District Court for the Middle District of Pennsylvania
No. 3:CV-08-1308

Dear Judge Vanaskie:

In accordance with Your Honor's directions, this letter serves to inform you of the status of the above referenced case. As was stated in February, 2009, this action is subject to a global settlement agreement agreed to by counsel during the fall of 2008.

The motion for enforcement of the settlement agreement remains outstanding in the Court of Common Pleas of Luzerne County. It is scheduled for hearing before the Court on June 1, 2009.

Thank you for your attention to this matter. Should you have any questions or if I can be of further assistance, I am at Your Honor's disposal.

Sincerely,
REAL WORLD LAW, PC

/s/ Glenn A Brown

GLENN A. BROWN, DMD, ESQUIRE
Attorney for Appellant

GAB/mjp
Enclosure

cc: Frank Murphy, Esq.

Admitted in Pennsylvania, Delaware, New Jersey and the District of Columbia

916 N Union St #2
Wilmington, DE
19805

302.225.8340
302.225.8339
realworldlaw.com